510

901 A.2d 982

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Nathan DUNLAP, Petitioner.**

Supreme Court of Pennsylvania.

June 27, 2006.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of June 2006, the Petition for Allowance of Appeal is GRANTED, limited to the following questions:

Whether the Superior Court's decision is inconsistent with this Court's decision in *Commonwealth v. Banks,* 540 Pa. 453, 658 A.2d 752 (1995)?

Whether this Court's *per curiam* decisions reversing orders denying suppression of evidence, have precedential value where this Court has specifically cited *Banks* as the basis for reversal?